

Craig E. WATERMAN, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5072.

United States Court of Appeals,
Federal Circuit.

April 25, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

GARNER INDUSTRIES, INC.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Data Security, Inc., Defendant.

No. 03–5053.

United States Court of Appeals,
Federal Circuit.

April 25, 2003.

ORDER

The appellant having failed to file the
brief required by Federal Circuit Rule
31(a) within the time permitted by the
rules, it is

ORDERED that the notice of appeal be,
and the same hereby is, DISMISSED, for
failure to prosecute in accordance with the
rules.

Kenneth M. CARPENTER,
Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 03–7049.

United States Court of Appeals,
Federal Circuit.

April 25, 2003.

ORDER

The appellant having failed to file the
brief required by Federal Circuit Rule
31(a) within the time permitted by the
rules, it is

ORDERED that the notice of appeal be,
and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

**Eddie H. COTTON, Claimant–Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellant.**

**No. 03–7054.**

United States Court of Appeals, Federal Circuit.

April 25, 2003.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Richard C. BOONE, Claimant– Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

**No. 03–7056.**

United States Court of Appeals, Federal Circuit.

April 25, 2003.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.